**Motion Disposed and Order filed February 14, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00930-CV
_____

**ELAINE T. MARSHALL, INDIVIDUALLY, ELAINE T. MARSHALL, AS TRUSTEE OF THE HARRIER TRUST, ET AL., Appellants**

**V.**

**PRESTON MARSHALL, Appellee**

_____

**On Appeal from Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause Nos. 365,053-404**

_____

NO. 14-18-00094-CV
NO. 14-18-00095-CV
_____

**ELAINE T. MARSHALL, AS EXECUTOR OF THE ESTATE OF E. PIERCE MARSHALL, ET AL, Appellant**

**V.**

**PRESTON MARSHALL, Appellee**

_____

**On Appeal from Probate Court No. 4
Harris County, Texas
Trial Court Cause Nos. 365,053-401 and 365,053-402**

## ORDER

On February 4, 2020, appellant Elaine Marshall filed an emergency motion in appeals 14-17-00930-CV, 14-18-00094-CV, and 14-18-00095-CV to vacate or stay the trial court's January 24, 2020 order granting appellee Preston Marshall's motion to compel certain discovery. Appellants E. Pierce Marshall, Jr. and the Co-Trustees[1] have joined Elaine's motion. Preston has filed a response to the motion.

We deny the motion in appeals 14-18-00094-CV and 14-18-00095-CV. We grant the motion in part, and deny it in part, in appeal 14-17-00930-CV. Accordingly, we order as follows:

1. Elaine T. Marshall's emergency motion to stay is DENIED in appeals 14-18-00094-CV and 14-18-00095-CV.

2. Elaine T. Marshall's emergency motion to stay is GRANTED IN PART in appeal 14-17-00930-CV. The trial court's January 24, 2020 order is STAYED pending resolution of appeal 14-17-00930-CV or further order of the court as to requests 5, 10, 11, 17, 19, 20, 21 of the Second Request for Production to the extent responsive documents to those requests exist that are protected by (1) the allied litigant/common interest/joint defense

---

[1] Edward Alexander; Adam Johnson; Wayne Thompson, Jr.; Lilynn Cutrer; and Karen Aucoin; Individually and as Co-Trustees of the Harrier Trust.

doctrines, and/or (2) the attorney-client/work-product privileges. The emergency motion to stay is DENIED in all other respects.


PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.

Justice Poissant would deny the motion in appeal 14-17-00930-CV.